IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

**IFC WEST MEMPHIS, LLC.**                                                   **PLAINTIFF**

**VS.**                                                                                    **CIVIL ACTION NO.:
3:17-cv-101-MPM-JMV**

**JP FOODS, LLC. And
JOHN MICHAEL BARRETT,**                                      **DEFENDANTS**
**as PERSONAL GUARANTOR**
_____

## ORDER STAYING CERTAIN PROCEEDINGS
_____

Local Uniform Civil Rule 16(b)(3)(B) provides that "[f]iling a motion to compel arbitration … stays the attorney conference and disclosure requirements and all discovery, pending the court's ruling on the motion, including any appeal." L.U. CIV. R. 16(b)(3)(B). Because the Defendants have moved to compel arbitration [7], staying certain proceedings is appropriate.

**IT IS, THEREFORE, ORDERED** that the aforementioned proceedings are hereby **STAYED** as aforesaid pending a ruling on the arbitration motion.

Defendants shall notify the undersigned magistrate judge within seven (7) days of a decision on the motion to dismiss or in the alternative to compel arbitration and shall submit a proposed order lifting the stay.

**SO ORDERED** this, the 3rd day of October, 2017.

                                                   /s/ Jane M. Virden
                                                   **UNITED STATES MAGISTRATE JUDGE**